AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court ___for the District of Hawaii___ on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>CIVIL 02-00578DAE-BMK | DATE FILED<br>September 11, 2002 | U.S. DISTRICT COURT<br>300 Ala Moana Blvd., Room C-338 Honolulu, HI. 96850 |
|---|---|---|
| PLAINTIFF<br>MNS, Ltd., a Hawaii corporation, dba ABC STORES | | DEFENDANT<br>Byron B. Cooper, dba BBC STORE |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 1554232 | August 29, 1989 | MNS, LTD. (Hawaii Corporation) ABC STORES |
| 2 | 1553335 | August 22, 1989 | MNS, LTD. (Hawaii Corporation) ABC STORES |
| 3 | 2595473 | July 16, 2002 | MNS, LTD. (Hawaii Corporation) ABC STORES . |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>SUE BEITIA | (BY) DEPUTY CLERK<br>[signature] | DATE<br>NOV 0 5 2007 |
|---|---|---|

Copy 1—Upon initiation of action, mail this copy to Commissioner   Copy 3—Upon termination of action, mail this copy to Commissioner
Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner   Copy 4—Case file copy